**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

September 15, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: sec

**UNITED STATES OF AMERICA**
**Plaintiff**
**v**

**COLBY MORGAN LEMMON (1)**
[redacted]
**Defendants**

**INDICTMENT**

**Ct. 1: 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A) - Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine;**
**Ct. 2: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) - Possession with Intent to Distribute 500 Grams or More of Methamphetamine;**
**Ct. 3: 18 U.S.C. § 924(c) – Possession of a Firearm During and in Relation to a Drug Trafficking Crime;**
**Ct. 4: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) - Possession with Intent to Distribute 500 Grams or More of Methamphetamine;**
**Ct. 5: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) - Possession with Intent to Distribute 50 Grams or More of Methamphetamine;**
**Ct. 6: 18 U.S.C. § 924(c) – Possession of a Machine Gun During and in Relation to a Drug Trafficking Crime**

**Notice of Government's Demand of Forfeiture**

**1:26-cr-00455-DAE**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**[21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)]**

Between on or about December 5, 2023, and October 21, 2025, in the Western District of Texas, Defendants,

**COLBY MORGAN LEMMON (1)**
[redacted]

[redacted]
**and**
[redacted]

did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, and a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
**Possession with Intent to Distribute 500 Grams or More of Methamphetamine**
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**

On or about January 8, 2025, in the Western District of Texas, Defendant,

**COLBY MORGAN LEMMON,**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

**COUNT THREE**
**Possession of a Firearm During and in Relation to a Drug Trafficking Crime**
**[18 U.S.C. § 924(c)(1)(A)]**

On or about January 8, 2025, in the Western District of Texas, Defendant,

**COLBY MORGAN LEMMON,**

did knowingly possess one or more firearms, to wit:

- Sig Sauer, P238, .380 Auto, Pistol
- Glock GMBH, 43X, 9mm, Pistol
- Glock Inc, 42, .380 ACP, Pistol

- Stoeger, STR-9, 9mm, Pistol
- Polymer 80, PF940SC, 9mm, Pistol
- Ruger, EC9S, 9mm, Pistol
- Sig Sauer, P322, .22, Pistol
- Canik, TP-9 SFX, 9mm, Pistol
- Lone Wolf, Unk model, 9mm, Pistol
- Arsenal Bulgaria, PM (Pistolet Makarov), 9x18, Pistol
- Smith & Wesson, M&P Shield Plus, 9mm, Pistol
- Colt, First Edition 22, .22LR, Pistol
- Colt, First Edition 22, .22LR, Pistol
- Sig Sauer, P320, 9mm, Pistol
- Polymer 80, PF940V2, 9mm, Pistol
- Diamondback Firearms, DB10, .308, Rifle
- Patriot Ordinance Factory, P-15, 5.56, Rifle
- Frankford Arsenal AR, FAR15, 5.56, Pistol
- CZ, Scorpion EVO 3 S1, 9mm, Rifle
- Norinco, Mak-90 Sporter, 7.62x39, Rifle
- Riley Defense, Rak 47, 7.62x39, Rifle
- Microtech Small Arms Research, STG-556, 5.56, Rifle
- Aero Precision, Model Texas, 65 caliber, rifle,
- Mossberg, Model 395KB, .12 gauge, shotgun,
- Sako, Model AV, .270 caliber, rifle,
- Taurus, Model 85, .38 caliber, revolver,
- Winchester, Model 1200, .20 caliber, shotgun,
- JC Higgins, 583.23, .12 gauge, shotgun,

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine as charged in Count Two.

In violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT FOUR
**Possession with Intent to Distribute 500 Grams or More of Methamphetamine**
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**

On or about July 13, 2025, in the Western District of Texas, Defendant,

**COLBY MORGAN LEMMON,**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
**Possession with Intent to Distribute Heroin and 50 Grams or More of Methamphetamine**
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

On or about January 8, 2025, in the Western District of Texas, Defendant,

[redacted]

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, and a mixture and substance containing a detectable amount of heroin, a controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

## COUNT SIX
**Possession of a Machinegun During and in Relation to a Drug Trafficking Crime**
**[18 U.S.C. § 924(c)(1)(A)]**

On or about January 8, 2025, in the Western District of Texas, Defendant,

[redacted]

did knowingly possess one or more firearms, to wit, a machinegun, that is, a Glock 30 Gen4, 45 Auto, Pistol equipped with a Machinegun Conversion Device (Glock Switch) during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of heroin as charged in Count Five of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**

**Controlled Substance Violation and Forfeiture Statutes**
**[Title 21 U.S.C. § 841(a)(1) & (b)(1)(A), subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) & (2)]**

As a result of the criminal violation set forth above, the United States gives notice to the Defendant of its intent to seek the forfeiture of property, including the items listed below, upon conviction pursuant to FED. R. CRIM. P. 32.2 and 21 U.S.C. § 853(a)(1) and (2). Section 853 provides, in pertinent part, the following:

**Title 21 U.S.C. § 853**

**(a)** Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law --

**(1)** Any property constituting, or derived from, any proceeds the person obtained, directly, or indirectly, or the result of such violation;

**(2)** Any of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. . .

**II.**

**Firearm Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 924(c)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth above, the United States gives notice to the Defendant of its intent to seek the forfeiture of property, including the items listed below, upon conviction pursuant to FED. R. CRIM. P. 32.2 and 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 924 provides, in pertinent part, the following:

**Title 18 U.S.C. § 924. Penalties**

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . , (g), . . . of section 924 . . . shall be subject to seizure and forfeiture under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

**III.**

## Property

- $8,720.00, more or less, in United States Currency,
- $7,196.00, more or less, in United States Currency,
- $721.00, more or less, in United States Currency,
- $411,093.00, more or less, in United States Currency,
- $411,093.00, more or less, in United States Currency,
- $5,767.00, more or less, in United States Currency,
- $15,000.00, more or less, in United States Currency
- Sig Sauer, P238, .380 Auto, Pistol, S/N 27B098535
- Glock GMBH, 43X, 9mm, Pistol, S/N CBGM783
- Glock Inc, 42, .380 ACP, Pistol, S/N ACWN798
- Stoeger, STR-9, 9mm, Pistol, S/N T6429-19U00272
- Polymer 80, PF940SC, 9mm, Pistol, NO S/N
- Ruger, EC9S, 9mm, Pistol, S/N 46293522
- Sig Sauer, P322, .22, Pistol, S/N 73A100909
- Canik, TP-9 SFX, 9mm, Pistol, S/N 18BC13012
- Lone Wolf, Unk model, 9mm, Pistol, S/N CAA117
- Arsenal Bulgaria, PM (Pistolet Makarov), 9x18, Pistol, S/N BE293238
- Smith & Wesson, M&P Shield Plus, 9mm, Pistol, S/N EFV9172
- Colt, First Edition 22, .22LR, Pistol, S/N PH00176
- Colt, First Edition 22, .22LR, Pistol, S/N 00176PH
- Sig Sauer, P320, 9mm, Pistol, S/N 58H094227
- Polymer 80, PF940V2, 9mm, Pistol, NO S/N
- Diamondback Firearms, DB10, .308, Rifle, S/N DB7005146
- Patriot Ordinance Factory, P-15, 5.56, Rifle, S/N 03E2005860
- Frankford Arsenal AR, FAR15, 5.56, Pistol, S/N FA1A1413
- CZ, Scorpion EVO 3 S1, 9mm, Rifle, S/N C674447
- Norinco, Mak-90 Sporter, 7.62x39, Rifle, S/N 9491014
- Riley Defense, Rak 47, 7.62x39, Rifle, S/N B58349
- Microtech Small Arms Research, STG-556, 5.56, Rifle, S/N 600P005640
- Aero Precision, Model Texas, 65 caliber, rifle, S/N TXM4-01945
- Mossberg, Model 395KB, .12 gauge, shotgun, S/N 376836
- Sako, Model AV, .270 caliber, rifle, S/N 574040
- Taurus, Model 85, .38 caliber, revolver, S/N IT44857
- Winchester, Model 1200, .20 caliber, shotgun, S/N 223438
- JC Higgins, 583.23, .12 gauge, shotgun, NO S/N
- Marlin, 90, .12 gauge, shotgun, S/N K1339
- Tanfoglio, Witness, .45 caliber ACP, pistol, S/N AE63890
- Glock, model 42, .380 Auto caliber, pistol, S/N ADVC861
- Shadow Systems, model MR920L43, 9mm, pistol, S/N SSC064475
- Maverick Arms, Model 88, .12 gauge, shotgun, S/N MV0852457
- Palmetto State Armory, Model PA-15, 300 caliber, rifle, S/N SCB519896
- Norinco, SKS Sporter, .762 caliber, rifle, S/N 9315757

- Century Arms International, VSKA, .762 caliber, rifle, S/N SV7118043
- Franklin Armory, Model FAI-15, 5.56 caliber, rifle, S/N A-26706
- Bora Arms, Model BR-99, .12 gauge, shotgun, S/N 24DLX17015
- Mossberg, Model 590, .12 gauge, shotgun, S/N V1584878
- Glock 30 Gen4, .45 caliber Auto, Pistol, S/N AHEP015, and;
- Any and all firearms, ammunition, and/or accessories involved in or used during the commission of the criminal offense(s).

A TRUE BILL

[redacted]

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: [signature]

FOR: GRANT SPARKS
ASSISTANT UNITED STATES ATTORNEY